DAVID M. DAY et al., Respondents, *v.* CHARLES W. RUPRECHT et al., Appellants.

(Argued May 23, 1873 ; decided June 3, 1873.)

*Samuel Hand* for the appellants.

*Dexter A. Hawkins* for the respondents.

Agree to affirm. No opinion.
Judgment affirmed.